UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 JAN 31 PM 4:23
N.D. OF ALABAMA

RUFUS STEVEN ALEXANDER, )
        Plaintiff, )
)
vs. ) CV 99-S-1649-S
)
FENDLEY FRAZIER, et.al., )
        Defendants. )

## MEMORANDUM OF OPINION

By report and recommendation entered February 22, 2001, the magistrate judge recommended that plaintiff's claim against defendant Fendley Frazier regarding excessive force be submitted to evidentiary hearing. The Court adopted the magistrate judge's report and recommendation on March 20, 2001. On December 13, 2001, the magistrate judge held an evidentiary hearing. Thereafter, a supplemental report and recommendation containing proposed findings of fact and conclusions of of law was entered. The parties filed no objections.

After careful consideration of the entire record, the magistrate judge's supplemental report and recommendation, and the evidentiary hearing transcript, the Court hereby ADOPTS the supplemental report and recommendation and ACCEPTS proposed findings of fact and conclusions of law of the magistrate judge. It is therefore, ORDERED, ADJUDGED and DECREED that judgment is due to be entered in favor of defendant Frazier and this action is due to be DISMISSED WITH PREJUDICE. Each party shall bear the burden of his own costs.

A separate order shall be entered contemporaneously herewith.

DONE on this the 31st day of January, 2002.

_____
UNITED STATES DISTRICT JUDGE

